B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Alabama

In re  **Decatur Emergency Medical Service Inc**     Case No. **14-80531-JAC11**
Debtor(s)     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AAMCO<br>Attn: Bankruptcy Department<br>2519 Memorial Pkwy SW<br>Huntsville, AL 35801 | AAMCO<br>Attn: Bankruptcy Department<br>2519 Memorial Pkwy SW<br>Huntsville, AL 35801 | Vehicle Repair | | 2,654.22 |
| Airgas USA, LLC<br>Attn: Bankruptcy Department<br>2015 Vaughn Road<br>Suite 400<br>Kennesaw, GA 30144 | Airgas USA, LLC<br>Attn: Bankruptcy Department<br>2015 Vaughn Road<br>Kennesaw, GA 30144 | Oxygen Supplier | | 2,058.63 |
| Alabama Department of Labor<br>c/o Joseph S. Ammons, Atty.<br>649 Monroe Street - Suite 1801<br>Montgomery, AL 36131-2220 | Alabama Department of Labor<br>c/o Joseph S. Ammons, Atty.<br>649 Monroe Street - Suite 1801<br>Montgomery, AL 36131-2220 | Worker's Comp | | 14,300.00 |
| Ambulance Cot Service<br>Attn: Bankruptcy Department<br>3216 Hwy 521 South<br>Sumter, SC 29153 | Ambulance Cot Service<br>Attn: Bankruptcy Department<br>3216 Hwy 521 South<br>Sumter, SC 29153 | Emergency Cot Repair & Maintenance | | 2,978.40 |
| Ascentium Capital, LLC<br>c/o Bill D. Bensinger, Atty.<br>Baker, Donelson, Bearman et al<br>420 North 20th Street, Suite 1600<br>Birmingham, AL 35203 | Ascentium Capital, LLC<br>c/o Bill D. Bensinger, Atty.<br>Baker, Donelson, Bearman et al<br>Birmingham, AL 35203 | Breach of Contract | | 231,539.68 |
| Cadence Bank, National Association<br>c/o Jeffrey T. Powell, Atty.<br>Jones Walker, Waechter, Poitevent<br>P.O. Box 830642<br>Birmingham, AL 35283-0642 | Cadence Bank, National Association<br>c/o Jeffrey T. Powell, Atty.<br>Jones Walker, Waechter, Poitevent<br>Birmingham, AL 35283-0642 | Summary Judgment | | 152,679.25 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| City of Decatur<br>Attn: Bankruptcy Department<br>P.O. Box 830525<br>Birmingham, AL 35283 | City of Decatur<br>Attn: Bankruptcy Department<br>P.O. Box 830525<br>Birmingham, AL 35283 | Business License | | 3,198.09 |
| Color's Body Shop<br>Attn: Bankruptcy Department<br>513 Main Street<br>Hartselle, AL 35640 | Color's Body Shop<br>Attn: Bankruptcy Department<br>513 Main Street<br>Hartselle, AL 35640 | Vehicle Repair | | 18,793.27 |
| Dell Financial<br>Attn: Bankruptcy Department<br>P.O. Box 5275<br>Carol Stream, IL 60197 | Dell Financial<br>Attn: Bankruptcy Department<br>P.O. Box 5275<br>Carol Stream, IL 60197 | Computer Leases | | 7,792.89 |
| First Insurance Funding Corp.<br>Attn: Bankruptcy Department<br>450 Skokie Blvd.<br>Suite 1000<br>Northbrook, IL 60062 | First Insurance Funding Corp.<br>Attn: Bankruptcy Department<br>450 Skokie Blvd.<br>Northbrook, IL 60062 | Insurance | | 8,297.84 |
| Internal Revenue Service<br>Attn: R.C. Duncan, Revenue Officer<br>Washington, DC 20224 | Internal Revenue Service<br>Attn: R.C. Duncan, Revenue Officer<br>Washington, DC 20224 | 941, 940 and 1120S | | 785,227.06<br><br>(0.00 secured) |
| Internal Revenue Service<br>Attn: R.C. Duncan, Revenue Officer<br>Washington, DC 20224 | Internal Revenue Service<br>Attn: R.C. Duncan, Revenue Officer<br>Washington, DC 20224 | 2013-2014 Deferred or Returned Payments | | 78,013.09 |
| Lynn Layton Ford<br>Attn: Corporate Billing Dept.<br>P.O. Box 1000 Dept. 959<br>Memphis, TN 38148 | Lynn Layton Ford<br>Attn: Corporate Billing Dept.<br>P.O. Box 1000 Dept. 959<br>Memphis, TN 38148 | Vehicle Repair | | 3,251.66 |
| Morgan County Emergency Community Dist.<br>Attn: Bankruptcy Department<br>4216 Hwy. 31 South<br>Decatur, AL 35603 | Morgan County Emergency Community Dist.<br>Attn: Bankruptcy Department<br>4216 Hwy. 31 South<br>Decatur, AL 35603 | Dispatching Services | | 2,480.85 |
| Ninth Brain<br>Attn: Bankruptcy Department<br>4282 Brockton Dr. SE<br>Suite D<br>Grand Rapids, MI 49512 | Ninth Brain<br>Attn: Bankruptcy Department<br>4282 Brockton Dr. SE<br>Grand Rapids, MI 49512 | Software Lease | | 2,600.00 |
| See Attached | See Attached | Unpaid and Returned Payroll | | 36,680.54 |

B4 (Official Form 4) (12/07) - Cont.

In re **Decatur Emergency Medical Service Inc**  
                         Debtor(s)

Case No. **14-80531-JAC11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Smith & Chapman, P.C.<br>Attn: Bankruptcy Department<br>2976 Pelham Pkwy<br>Suite C<br>Pelham, AL 35124 | Smith & Chapman, P.C.<br>Attn: Bankruptcy Department<br>2976 Pelham Pkwy<br>Pelham, AL 35124 | Legal Services | | 3,663.21 |
| State of Alabama<br>Attn: Bankruptcy Department<br>50 North Ripley Street<br>Montgomery, AL 36132 | State of Alabama<br>Attn: Bankruptcy Department<br>50 North Ripley Street<br>Montgomery, AL 36132 | Withholding Tax | | 13,197.90<br><br>(0.00 secured) |
| The Sheffield Fund<br>Attn: Bankruptcy Department<br>1800 Corporate Dr.<br>Birmingham, AL 35242 | The Sheffield Fund<br>Attn: Bankruptcy Department<br>1800 Corporate Dr.<br>Birmingham, AL 35242 | Insurance - Workers Comp | Contingent<br>Disputed | 33,640.32 |
| Yellowstone Capital, LLC<br>Attn: Bankruptcy Department<br>160 Pearl Street<br>New York, NY 10005 | Yellowstone Capital, LLC<br>Attn: Bankruptcy Department<br>160 Pearl Street<br>New York, NY 10005 | Loan | | 32,098.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 11, 2014**        Signature **/s/ Roger Stanmore**  
                                                   **Roger Stanmore**  
                                                   **President/Owner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.