IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| DECATUR EMERGENCY MEDICAL | ) | CASE NO. 14-80531-JAC11 |
| SERVICES, INC. | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION TO CONVERT CASE TO CHAPTER 7

COME NOW, Debtor Decatur Emergency Medical Services, Inc. ("Debtor"), by and through undersigned counsel, and pursuant to 11 U.S.C § 1112(a) and *Fed. R. Bankr. P.* 1017(f)(2), files this Motion to Convert the above-styled Chapter 11 case to a proceeding under Chapter 7 of the Bankruptcy Code, stating the following in support thereof:

## JURISDICTION

1. This Court has jurisdiction over this matter and the parties thereto pursuant to 28 U.S.C. §§ 157(b) and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## FACTS

4. On February 25, 2014, Debtor filed for relief under Chapter 11 of the Bankruptcy Code.

5. 11 U.S.C. § 1112(b) states that "on request of a party in interest, and after notice and a

1

Case 14-80531-JAC7    Doc 47    Filed 04/14/14    Entered 04/14/14 12:28:12    Desc Main
Document    Page 1 of 3

hearing… the court shall convert a case under [chapter 11] to a case under chapter 7… if the movant establishes cause."

6. "What constitutes 'cause' for a conversion or dismissal of a chapter 11 case under §1112(b) is subject to judicial discretion under the particular circumstances of each case." *In re Great American Pyramid Joint Venture*, 144 B.R. 780, 70 (Bankr. W.D. Tenn. 1992); *see also, In re Winslow*, 123 B.R. 641 (D. Colo. 1991). Subsection 1112(b)(4)(A) provides for dismissal of a Chapter 11 case where there is an "absence of a reasonable likelihood of rehabilitation."

7. Since the filing of Debtor's case, Debtor's financial situation has deteriorated. Debtor is unable to maintain a case under Chapter 11 in that it would not be able to propose a plan capable of being confirmed. Debtor has thus decided that there is an absence of a reasonable likelihood of being able to confirm a plan, and, therefore, it seeks to convert its case to one under Chapter 7.

WHEREFORE PREMISES CONSIDERED, Debtor respectfully requests that this Honorable Court grant its motion to convert the above-styled case to one under Chapter 7 of the Bankruptcy Code, and grant him such further and additional relief to which he is justly entitled.

Respectfully submitted on this the 14th day of April, 2014.

/s/ Kevin D. Heard
Kevin D. Heard
Attorney for Debtor

Of Counsel:
HEARD ARY, LLC
303 Williams Ave., Ste. 921
Huntsville, Alabama 35801
Tel: (256) 535-0817
Fax: (256) 535-0818
kheard@heardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon those individuals listed on the matrix, as well as the following via electronic notice and/or U.S. Mail, postage prepaid, on this the 14th day of April, 2014.

Richard Blythe
Bankruptcy Administrator
P.O. Box 3045
Decatur, AL 35602

/s/ Kevin D. Heard
Kevin D. Heard

3