UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | } |
| | } |
| Decatur Emergency Medical Service, Inc. | } Case No. 14-80531-JAC-11 |
| | } Chapter 11 |
| Debtor(s) | } |

ORDER FOR RELIEF UNDER CHAPTER 7

On consideration of the motion filed on April 14, 2014, by the above named debtors(s), an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is GRANTED.

Dated: April 15, 2014

/s/ Jack Caddell
Jack Caddell
U.S. Bankruptcy Judge

/mmb
xc:  Debtor(s)
     Angela Ary, Attorney for Debtor(s)
     Kevin Heard, Attorney for Debtor(s)
     Tazewell Shepard, Trustee
     Listed Creditors