Trn–501 [Order Appointing Interim Trustee] (Rev. 02/14)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 14–80531–JAC7 |
| Decatur Emergency Medical Service Inc | Chapter 7 |
| EIN: 63–1163288 | |
| Debtor(s) | |

## ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

It is **ORDERED** and notice is hereby given that:

1. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

**Tazewell T Shepard**
Tazewell Shepard, Trustee
PO Box 19045
Huntsville, AL 35804

2. Unless the interim trustee files a rejection of this appointment within seven (7) days following receipt of this order, the trustee will be deemed to have accepted this appointment as provided by Rule 2008.

Dated: April 15, 2014

/s/ Jack Caddell
United States Bankruptcy Judge

mmb